**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ERIE POWER TECHNOLOGIES, INC., :
by PASCARELLA & WIKER LLP, :   CIVIL ACTION NO. 04-282E
as Plan Administrator, :
                :
      Plaintiff, :
                :
      vs. :
                :
AALBORG INDUSTRIES A/S, a foreign :   Hon. Sean J. McLaughlin
corporation, FREDDY FRANDSEN, an :
individual, MICHAEL MILLER, an :
individual, LARS BONDERUP BJORN, :
an individual, JAN VESTERGAARD :
OLSEN, an individual, and :
CLAUS V. IPSEN, an individual, :
                :   JURY TRIAL DEMANDED
      Defendants. :

<u>STIPULATION OF DISMISSAL</u>

In accordance with Federal Rule of Civil Procedure 41(a)(2), Plaintiff Erie Power Technologies, Inc., by Pascarella & Wiker LLP, as Plan Administrator ("Plaintiff"), and Defendants Aalborg Industries A/S, Freddy Frandsen, Michael Miller, Lars Bonderup Bjorn, Jan Vestergaard Olsen, and Claus V. Ipsen (collectively "Defendants") notify the Court that they have agreed to dismiss with prejudice all claims pending in this case, with each party to bear its own costs, expenses and attorneys' fees. Plaintiff and the Defendants therefore request that the Court enter the Stipulated Order of Dismissal, attached as Exhibit A to this Stipulation of Dismissal.

_____

Merrill G. Davidoff, Esq.
Michael C. Dell'Angelo, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

_____

Lawrence C. Bolla, Esq.
Nicholas Pagliari, Esq.
**QUINN BUSECK LEEMHUIS TOOHEY
  AND KROTO, INC**.
222 West Grandview Boulevard
Erie, PA 16506-4508

*Counsel for Plaintiff Erie Power
 Technologies, Inc.*

_____

Christopher G. Kelly, Esq.
James V. Marks, Esq.
**HOLLAND + KNIGHT LLP**
195 Broadway, 24th Floor
New York, NY 10007

_____

Guy C. Fustine, Esq.
**KNOX MCLAUGHLIN GORNALL &
  SENNETT, P.C.**
120 W. 10th Street
Erie, PA 16501

*Counsel for Defendants
Aalborg Industries A/S, Freddy
Frandsen, Lars Bonderup Bjorn,
and Jan Vestergaard Olsen*

_____

Mark A. Willard, Esq.
**ECKERT SEAMANS CHERIN &
MELLOTT, L.L.C.**
44th Floor, 600 Grant Street
Pittsburgh, PA  15219

*Counsel for Defendant Michael Miller*

_____

Robert A. O'Hare, Jr., Esq.
**O'HARE PARNAGIAN LLP**
82 Wall Street, Suite 300
New York, NY  10005-3686

*Counsel for Defendant Claus V. Ipsen*

2

Merrill G. Davidoff, Esq.
Michael C. Dell'Angelo, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103


Lawrence C. Bolla, Esq.
Nicholas Pagliari, Esq.
**QUINN BUSECK LEEMHUIS TOOHEY
 AND KROTO, INC.**
222 West Grandview Boulevard
Erie, PA 16506-4508

*Counsel for Plaintiff Erie Power
 Technologies, Inc.*

Christopher G. Kelly, Esq.
James V. Marks, Esq.
**HOLLAND + KNIGHT LLP**
195 Broadway, 24th Floor
New York, NY 10007

Guy C. Fustine, Esq.
**KNOX MCLAUGHLIN GORNALL &
 SENNETT, P.C.**
120 W. 10th Street
Erie, PA 16501

*Counsel for Defendants
Aalborg Industries A/S, Freddy
Frandsen, Lars Bonderup Bjorn,
and Jan Vestergaard Olsen*


Mark A. Willard, Esq.
**ECKERT SEAMANS CHERIN &
MELLOTT, L.L.C.**
44th Floor, 600 Grant Street
Pittsburgh, PA  15219

*Counsel for Defendant Michael Miller*


Robert A. O'Hare, Jr., Esq.
**O'HARE PARNAGIAN LLP**
82 Wall Street, Suite 300
New York, NY  10005-3686

*Counsel for Defendant Claus V. Ipsen*

2

Merrill G. Davidoff, Esq.
Michael C. Dell'Angelo, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

Lawrence C. Bolla, Esq.
Nicholas Pagliari, Esq.
**QUINN BUSECK LEEMHUIS TOOHEY
AND KROTO, INC.**
222 West Grandview Boulevard
Erie, PA 16506-4508

*Counsel for Plaintiff Erie Power
Technologies, Inc.*

Christopher G. Kelly, Esq.
James V. Marks, Esq.
**HOLLAND + KNIGHT LLP**
195 Broadway, 24th Floor
New York, NY 10007

Guy C. Fustine, Esq.
**KNOX MCLAUGHLIN GORNALL &
SENNETT, P.C.**
120 W. 10th Street
Erie, PA 16501

*Counsel for Defendants
Aalborg Industries A/S, Freddy
Frandsen, Lars Bonderup Bjorn,
and Jan Vestergaard Olsen*

Mark A. Willard, Esq.
**ECKERT SEAMANS CHERIN &
MELLOTT, L.L.C.**
44th Floor, 600 Grant Street
Pittsburgh, PA 15219

*Counsel for Defendant Michael Miller*

Robert A. O'Hare, Jr., Esq.
**O'HARE PARNAGIAN LLP**
82 Wall Street, Suite 300
New York, NY 10005-3686

*Counsel for Defendant Claus V. Ipsen*

2

_Merrill G. Davidoff_

Merrill G. Davidoff, Esq.
Michael C. Dell'Angelo, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

_Lawrence C. Bolla_

Lawrence C. Bolla, Esq.
Nicholas Pagliari, Esq.
**QUINN BUSECK LEEMHUIS TOOHEY
AND KROTO, INC.**
222 West Grandview Boulevard
Erie, PA 16506-4508

_Counsel for Plaintiff Erie Power
Technologies, Inc._

Christopher G. Kelly, Esq.
James V. Marks, Esq.
**HOLLAND + KNIGHT LLP**
195 Broadway, 24th Floor
New York, NY 10007

Guy C. Fustine, Esq.
**KNOX MCLAUGHLIN GORNALL &
SENNETT, P.C.**
120 W. 10th Street
Erie, PA 16501

_Counsel for Defendants
Aalborg Industries A/S, Freddy
Frandsen, Lars Bonderup Bjorn,
and Jan Vestergaard Olsen_

Mark A. Willard, Esq.
**ECKERT SEAMANS CHERIN &
MELLOTT, L.L.C.**
44th Floor, 600 Grant Street
Pittsburgh, PA 15219

_Counsel for Defendant Michael Miller_

Robert A. O'Hare, Jr., Esq.
**O'HARE PARNAGIAN LLP**
82 Wall Street, Suite 300
New York, NY 10005-3686

_Counsel for Defendant Claus V. Ipsen_

2