## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE POWER TECHNOLOGIES, INC., | : | |
| by PASCARELLA & WIKER LLP, | : | CIVIL ACTION NO. 04-282E |
| as Plan Administrator, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| AALBORG INDUSTRIES A/S, a foreign | : | Hon. Sean J. McLaughlin |
| corporation, FREDDY FRANDSEN, an | : | |
| individual, MICHAEL MILLER, an | : | |
| individual, LARS BONDERUP BJORN, | : | |
| an individual, JAN VESTERGAARD | : | |
| OLSEN, an individual, and | : | |
| CLAUS V. IPSEN, an individual, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### [Proposed] STIPULATED ORDER OF DISMISSAL

AND NOW, this _____ day of February 2007, came for consideration the Stipulation of Dismissal filed by all parties in this cause, and the Court having been advised by counsel for all parties that the parties have agreed that this action should be dismissed with prejudice and that all parties should bear their own court costs, expenses and legal fees, it is therefore:

ORDERED, ADJUDGED, and DECREED that the above-entitled and numbered cause be, and the same is hereby dismissed with prejudice and each party shall bear its own costs, expenses and attorneys' fees incurred in connection with this litigation.

_____
Sean J. McLaughlin
United States District Judge

cc:     All parties of record.

413281_00.wpd